UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MYCHAL MARCELL BORNEY,                **INDICTMENT**

    Defendant.

_____/

The Grand Jury charges:

### Felon in Possession of a Firearm

On or about July 1, 2024, in Ingham County, in the Southern Division of the Western District of Michigan,

MYCHAL MARCELL BORNEY,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a Canik TP9SF 9-millimeter semiautomatic pistol, which was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1), as set forth in this Indictment,

MYCHAL MARCELL BORNEY

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to, a Canik TP9SF 9-millimeter semiautomatic pistol (SN: 21AT33287) and associated ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

[ /s/ Redacted ]

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
JONATHAN ROTH
Assistant United States Attorney