UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MYCHAL MARCELL BORNEY,

      Defendant.

_____/

Case No. 1:24-cr-95

Honorable Jane M. Beckering

## **ORDER**

Defendant Mychal Marcell Borney was released on a bond and order setting conditions of release on July 23, 2024 (ECF No. 17). On August 22, 2024, a petition and order regarding conditions of pretrial release was entered (ECF No. 23), stating that defendant had violated the conditions of his bond, and a summons was issued for defendant to appear before this Court.

Defendant appeared before this Court on September 5, 2024, for a bond violation hearing and change of plea hearing and consented to detention.

**IT IS HEREBY ORDERED** that the defendant is remanded to the custody of the Attorney General pending sentencing.

**IT IS FURTHER ORDERED** that the petition and order regarding conditions of pretrial release (ECF No. 17) are dismissed as moot.

Date: September 5, 2024

                                            /s/ Ray Kent
                                            RAY KENT
                                            United States Magistrate Judge